**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-1286

JOHN T. KELLY,

Plaintiff - Appellant,

versus

REPUBLIC TOBACCO COMPANY; BROWN & WILLIAMSON
TOBACCO CORPORATION, Maker of Bugler Tobacco,
Louisville, KY 40232,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-97-669-R)

Submitted:  July 22, 1998          Decided:  August 5, 1998

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John T. Kelly, Appellant Pro Se.  Sara Bugbee Winn, WOODS, ROGERS & HAZLEGROVE, Roanoke, Virginia; Margaret Katherine Garber, BRUMBERG, MACKEY & WALL, P.L.C., Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John T. Kelly appeals the district court's order dismissing his civil action alleging negligence and breach of implied warranty of merchantability for failure to state a claim upon which relief may be granted. See Fed. R. Civ. P. 12(b)(6). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Kelly v. Republic Tobacco Co., No. CA-97-669-R (W.D. Va. Jan. 23, 1998). Kelly's motion to supplement the record is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2